UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GIORDANO,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 1:21-cv-01542-DAD-BAM<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO ALTER DISCOVERY SCHEDULE**<br><br>(Doc. 22) |

On May 23, 2022, Defendant United States of America filed the instant motion for administrative relief to alter the discovery schedule pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 233.  (Doc. 22.)  Defendant requests an extension of the non-expert and expert discovery deadlines by approximately five months to conserve the parties' resources in light of Defendant's pending motion to dismiss and pending motion to enforce the settlement, both of which are unopposed.  (*Id.*)  Plaintiff Sheri Giordano did not file a timely opposition to Defendant's request for administrative relief.  E.D. Cal. L.R. 233(b) ("Any non-moving party may file an opposition or supporting statement . . . within five (5) days after the motion has been filed.").  Defendant filed a notice of non-opposition on June 1, 2022, and requested that the Court grant the pending motion for administrative relief.  (Doc. 23.)  The motion has been submitted for immediate action by the Court without hearing.  E.D. Cal. L.R. 233(c).

///

1  Having considered the motion for administrative relief, and good cause appearing, Defendant's request for an extension of the non-expert and expert discovery deadlines is GRANTED. The Court's Scheduling Order is modified as follows:

| | |
|---|---|
| Plaintiff's Expert Disclosure Deadline: | January 27, 2023 |
| Defendant's Expert Disclosure Deadline: | February 24, 2023 |
| Supplemental Expert Disclosure Deadline: | March 24, 2023 |
| Non-expert Discovery Cutoff: | December 23, 2022 |
| Expert Discovery Cutoff: | June 16, 2023 |

The Scheduling Order shall otherwise be unchanged, including the Pretrial Motion Filing Deadline, which remains as April 7, 2023.  (Doc. 12.)

IT IS SO ORDERED.

Dated:  **June 2, 2022**              /s/ Barbara A. McAuliffe            
UNITED STATES MAGISTRATE JUDGE